

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-13-00921-CV

IN RE COMMITMENT OF DENNIS RAY STUTEVILLE

Appeal from the 435th District Court of Montgomery County. (Tr. Ct. No. 12-12-13060-CV).

      This case is an appeal from the final judgment signed by the trial court on July 2, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

      The Court **orders** that this decision be certified below for observance.

Judgment rendered March 10, 2015.

Panel consists of Justices Jennings, Massengale, and Lloyd. Opinion delivered by Justice Lloyd.